# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 91CR0491-H |
| Plaintiff, | JUDGMENT AND ORDER OF DISMISSAL |
| v. | |
| LEOBARDO ISAIS, JR. (1), | |
| Defendant. | |

GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Leobardo Isais, Jr. is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 19, 2015

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE